NO. 07-12-0365-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL A

 DECEMBER 20, 2012
 ______________________________

 NORTHERN LAW FIRM, P.C. AND
 VAN W. NORTHERN, INDIVIDUALLY, APPELLANTS

 V.

 YELLOW BOOK SALES AND DISTRIBUTION COMPANY, INC., APPELLEE

 _________________________________

 FROM COUNTY COURT AT LAW NO. 1 OF POTTER COUNTY;

 NO. 098953-00-1; HONORABLE W.F. "CORKY" ROBERTS, JUDGE

 _______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
 Appellants, Northern Law Firm, P.C. and Van W. Northern, Individually, filed this appeal complaining of the trial court's summary judgment in favor of Appellee, Yellow Book Sales and Distribution Company, Inc. Pending in this Court is an agreed motion signed by both parties in which they represent the trial court committed reversible error by granting summary judgment when a fact issue existed. They request the trial court's judgment be reversed and the cause remanded for a new trial.
 Pursuant to Rule 43.2(d) of the Texas Rules of Appellate Procedure, we grant the motion. Accordingly, the trial court's judgment is reversed and the cause is remanded to the trial court for further proceedings.

 Patrick A. Pirtle
 Justice